IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KENYA LEWIS**             **PLAINTIFF**

**V.**             **CAUSE NO. 3:16-CV-847-CWR-LRA**

**LARRY SHULTS**             **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Docket No. 19. After examining the record evidence in this case, Judge Anderson recommended that Petitioner Kenya Lewis's 28 U.S.C. § 2241 petition for writ of habeas corpus be denied. *Id*. Neither party objected to the Report and Recommendation.

Having fully reviewed the Report and Recommendation, the Court concludes that the Report and Recommendation is well-reasoned and legally correct. The Magistrate Judge's Report and Recommendation is adopted fully as this Court's own Order. Accordingly, it is ordered that Lewis's writ of habeas corpus be denied and dismissed. A separate Final Judgment shall issue this day. No Certificate of Appealability shall issue.

**SO ORDERED AND ADJUDGED**, this the 12th day of February, 2020.

                                                 s/ Carlton W. Reeves
                                                 UNITED STATES DISTRICT JUDGE